UNITED STATES DISTRIC COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

TONYA JANUARY,

    Plaintiff,

Case Number  3:17-cv-396-DJH

v.

DERBY CITY WAFFLES, LLC,

    Defendant.

_____/

## Complaint & Jury Demand

1. The Plaintiff, Tonya January, sues the Defendant, Derby City Waffles, LLC pursuant to 29 U.S.C. § 216(b) for unpaid overtime.

2. Plaintiff resides in Louisville, Kentucky.

3. Defendant operates Waffle Houses in the Louisville metropolitan area.

4. The Honorable Court has original jurisdiction pursuant to 29 U.S.C. § 216(b) and 28 U.S.C. § 1331.

5. Venue is appropriate in the Louisville division of the Western District of Kentucky, because Plaintiff worked for Defendant in Louisville, Kentucky.

6. Defendant was Plaintiff's employer as defined by 29 U.S.C. § 203(d).

7. Plaintiff worked for Defendant for more than forty hours in one or more workweeks without receiving time and half her regular rate of pay for all hours worked.

8. Plaintiff worked in more than one Waffle House location for Defendant.

9. Defendant paid Plaintiff by the hour.

10. Defendant employs employees that handle goods or materials that have moved in interstate commerce such as eggs, meats, drinks, pans, paper, pens, registers, pans, glasses, plates and knives.

11. Defendant employs employees that are individually covered by the Fair Labor Standards Act.

12. Defendant has annual gross revenues of over $500,000.00.

13. Defendant is engaged in the business of serving foods to customers.

14. Defendant is an enterprise as defined by 29 U.S.C. § 203(r).

15. Defendant is an enterprise engaged in commerce as defined by 29 U.S.C. § 203(s).

16. Plaintiff was an employee covered by the Fair Labor Standards Act.

17. Plaintiff would interact with customers from Kentucky, Indiana and Ohio regularly.

18. Plaintiff would take orders from customers, both in state residents and travelers from out of state, which entailed accepting cash and credit card payments.

19. Plaintiff would also clean and help run the Waffle House restaurants.

20. Plaintiff was individually covered by the FLSA.

21. Defendant was obligated to pay Plaintiff time and half her regular rate of pay for all hours worked over forty in a workweek.

22. Defendant was aware of the FLSA before it hired Plaintiff.

23. Defendant did not pay Plaintiff proper overtime pursuant to 29 U.S.C. § 207(a)(1).

24. Defendant willfully violated the FLSA or acted in reckless disregard.

25. Plaintiff demands trial by jury.

26. Defendant possesses records reflecting the number of hours it actually paid Plaintiff week by week.

27. Defendant did not comply with 29 U.S.C. § 211(c).

Wherefore, Plaintiff seeks judgment, unpaid overtime, liquidated damages, attorneys' fees and costs.

Respectfully submitted this 5th day of July 2017,

/s/ *Bernard R. Mazaheri*
Bernard R. Mazaheri
Morgan & Morgan
333 W Vine St Ste 1200
Lexington, Kentucky 40507
Tel – (859)286-8368
Email – bmazaheri@forthepeople.com