UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

TONYA JANUARY,                                                                                 Plaintiff,

v.                                       Civil Action No. 3:17-cv-396-DJH-CHL

DERBY CITY WAFFLES, LLC,                                           Defendant.

\* \* \* \* \*

## **ORDER**

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 14) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket. All dates and deadlines set in this matter are **VACATED**.

May 29, 2018

                                                                              **David J. Hale, Judge**
                                                                         **United States District Court**